

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF: | § | No. 08-15-00001-CV |
| J. H. III., | § | Appeal from the |
| A CHILD | § | 65th Judicial District Court |
| Appellant | § | of El Paso County, Texas |
| | § | (TC# 2013DCM2786) |
| | § | |

# O R D E R

The Court GRANTS Cecilia E. Looney' third request for an extension of time within which to file the Reporter's Record until **April 16, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Cecilia E. Looney, Official Court Reporter for the 65th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 16, 2015.

IT IS SO ORDERED this 16th day of March, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.